UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FROYLAN CHIPREZ,<br><br>    Petitioner,<br><br>    v.<br><br>M.L. MUNIZ,<br><br>    Respondent. | Case No. 17-CV-04829 LHK (PR)<br><br>**ORDER OF DISMISSAL** |

On August 18, 2017, petitioner, proceeding *pro se*, initiated this proceeding by filing a motion for an extension of time to file a federal petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. That same day, the court sent a notification to petitioner, informing him that he did not pay the filing fee, nor did he file a complete application to proceed in forma pauperis ("IFP"). The court provided petitioner with a blank IFP application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee, or file a completed application with supporting documentation within twenty-eight days. More than twenty-eight days have passed and petitioner has not paid the filing fee, nor has he filed a completed application to proceed IFP.

Thus, the instant action is DISMISSED without prejudice. The clerk shall terminate all

Case No. 17-CV-04829 LHK (PR)
ORDER OF DISMISSAL

1

pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

DATED: 10/12/2017

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE